UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-0643-JO |
|---|---|
| Plaintiff, | [PROPOSED] PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| FRANCISCO MILLAN-RENTERIA, | |
| Defendant. | |

WHEREAS, in the Superseding Information the United States sought forfeiture of all right, title, and interest in all specific properties of Defendant, FRANCISCO MILLAN-RENTERIA, ("Defendant"), pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), as the specific properties involved in the offense set forth in Count 1, in violation of Title 21, United States Code, Section 841(a)(1) as charged in Count 1 of the Superseding Information and,

WHEREAS, on or about May 2, 2023, Defendant pled guilty before Magistrate Judge Jill L. Burkhardt to the Count 1 of the Superseding Information, consented to the forfeiture allegations of the Superseding Information, and agreed pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) to forfeit all specific properties seized in connection with this case including but not limited to the following:

    a.    One (1) Century Arms firearms SN:T6472-20-AP06276;

      b.      Ammunition and magazines;

      c.      $10,587.00 U.S. Currency; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the Court finds that the United States has established the requisite nexus between the forfeited specific properties and the offense, and the offenses; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above- referenced specific properties, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced specific properties which are hereby found forfeitable by the Court; and

WHEREAS, the firearm and ammunition are currently in the custody of the San Diego Police Department; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant, all right, title, and interest of Defendant FRANCISCO MILLAN-RENTERIA in the Century Arms firearms SN:T6472-20-AP06276 and all ammunition and magazines, which are currently in the custody of the San Diego Police Department, are hereby forfeited to the Title 21, United States Code, Sections 853(a)(1) and 853(a)(2). The Court further orders that the San Diego Police Department shall dispose of these specific properties according to law, when no longer needed for evidence.

2. Based upon the guilty plea of the Defendant to Count 1 of the Superseding Information, the United States is hereby authorized to take custody and control of the following specific properties, and all right, title and interest of

Defendant FRANCISCO MILLAN-RENTERIA in the specific properties are hereby forfeited to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2) for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

    a.    $10,587.00 U.S. Currency.

3. The aforementioned asset is to be held by the Federal Bureau of Investigation and/or United States Marshal Service in its secure custody and control.

4. No ancillary proceeds or further forfeiture action is required as to Defendant FRANCISCO MILLAN-RENTERIA for this criminal case regarding to Century Arms firearms SN:T6472-20-AP06276 and all ammunition and magazines.

5. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

6. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the currency in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited currency must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

7. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the currency, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited currency and any additional facts supporting the petitioner's claim and the relief sought.

8. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to Title 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

9. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgement.

10. This order shall be incorporated and included as part of the judgment in this case when Defendant is sentenced.

DATED: 6/13/23

Honorable Jinsook Ohta
United States District Judge